AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Jose Juarez-Ponce

*Defendant(s)*

Case No. 8:17 MJ 1142 TBM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 22, 2017 in the county of Hillsborough in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. 1326(a) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

William Hemberger, Deportation Officer, ICE

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-22-17

*Judge's signature*

City and state: Tampa, Florida

THOMAS B. McCOUN, III, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT

I, William Hemberger, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since March 2010.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge, JOSE JUAREZ-PONCE, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

## FACTS AND CIRCUMSTANCES

4. On or about February 21, 2017, ICE-ERO officers found JOSE JUAREZ-PONCE at the Hillsborough County Jail in Hillsborough County, Florida, which is within the Middle District of Florida. JUAREZ-PONCE had been detained there after the Hillsborough County Sheriff's Office had arrested him for domestic violence on or about February 16, 2017. ICE-ERO officers learned of JUAREZ-PONCE's arrest through routine jail screening.

5. I performed a records check using the Central Index System ("CIS") and reviewed the documents contained within the Alien File ("A-File") belonging to JUAREZ-PONCE. Upon reviewing these sources, I determined that JUAREZ-PONCE is a native and citizen of Mexico who is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about October 31, 2002, and on or about January 30, 2003.

6. Fingerprints taken of JUAREZ-PONCE at the time of his arrest were submitted through the Integrated Automated Fingerprint Identification System ("IAFIS") and compared with those taken prior to his removals from the United States. IAFIS indicates that they are from the same person.

7. No information exists, either in the A-file documents or the computer databases, that JUAREZ-PONCE had either requested or received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to reenter the United States after his deportations.

## CONCLUSION

8. Based on the foregoing facts, I believe there is probable cause to establish that JOSE JUAREZ-PONCE, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

Further affiant sayeth naught.

WILLIAM HEMBERGER
Deportation Officer, ICE ERO

Sworn to and subscribed before me this 22 day of February, 2017, in Tampa, Florida.

THOMAS B. McCOUN, III
United States Magistrate Judge